

**NUMBER 13-11-00627-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JUAN FLORES, ET AL.,**                                      **APPELLANTS,**

**v.**

**MARIA RAMIREZ,**                                            **APPELLEE.**

---

On appeal from the 92nd District Court
of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Juan Flores et al., filed an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-2825-06-A. The parties have filed an agreed motion for voluntary dismissal of the appeal on grounds that the parties have reached an agreement to settle and compromise their differences. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
26th day of January, 2012.